UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | Cause No. 1:06-cv-0137 SEB-VSS |
| ) | |
| $4,812.00 UNITED STATES CURRENCY,    ) | |
| ) | |
| Defendant.    ) | |

DEFAULT JUDGMENT

Plaintiff, United States of America, has moved pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure for entry of judgment by default.  Plaintiff has shown that there was reasonable cause for seizure of the defendant property.  The individual from whom the defendant property was seized, Melinda Hawkins, previously abandoned any interest she had in the defendant property, and any and all claimants have been served by publication.  No claims have been filed.  The Court deems that all potential claimants admit the allegations of the complaint to be true.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment by default is now entered pursuant to Rule 55(b)(2) against all potential claimants, and the defendant currency is hereby FORFEITED to the United States of America.  The United States is ordered to dispose of said property according to law.

IT IS ALSO HEREBY DECREED that there was reasonable cause for the seizure of the defendant property as that term is used in Title 28, United States Code, Section 2465 and

that any and all persons connected with the seizure of the defendant property or any person connected with the bringing of this action will not be liable to suit or judgment on account of this suit or prosecution.

Dated: 06/27/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

electronic copy to:

Josh J. Minkler
United States Attorney's Office
10 W. Market St.
Suite 2100
Indianapolis, IN  46204
Phone:  (317) 226-6333
Fax:  (317) 226-6125
E-mail:  josh.minkler@usdoj.gov